IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**ROBERTA FOSBINDER-BITTORF**
individually and on behalf
of all others similarly situated,

               Plaintiff,               Case No:  11-cv-592

      vs.

**SSM HEALTH CARE OF WISCONSIN, INC.**

               Defendant.

---

### JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PRE-TRIAL AND TRIAL DEADLINES PENDING SETTLEMENT APPROVAL

---

WHEREAS the Plaintiff, individually and on behalf of the members of the

putative classes, and Defendant, by and through their undersigned counsel, reached

a settlement of the Plaintiff and putative class members' claims through mediation

completed on June 6, 2013;

WHEREAS the parties are working jointly to finalize the settlement

agreement, and to draft the parties' Joint Motion for Preliminary Approval of

Settlement and documents in support thereof;

WHEREAS the parties anticipate filing their Joint Motion for Preliminary

Approval of Settlement no later than July 19, 2013; and

WHEREAS pending filing deadlines in this matter will impede the parties'

ability to work jointly to prepare and file the documents necessary to effectuate this

class action settlement.

**WHEREFORE**, the parties respectfully request that the Court Stay all pre-trial and trial deadlines in this action pending any decision the Court renders regarding the parties' Joint Motion for Preliminary Approval of Settlement, to be filed no later than July 19, 2013.

Respectfully submitted this 11th day of June, 2013.

Attorneys for Plaintiff

By:  */s/ William E. Parsons*
**HAWKS QUINDEL, S.C.**
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Danielle M. Schroder, State Bar No. 1079870
Email: dschroder@hq-law.com
Summer Murshid, State Bar No. 1075404
Email: smurshid@hq-law.com
Larry A. Johnson, State Bar No. 1056619
Email: ljohnson@hq-law.com
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

**HABUSH HABUSH & ROTTIER, S.C.**
Daniel A. Rottier, State Bar No. 1016998
Email:  rottier@habush.com
Robert L. Habush, State Bar No. 1008419
Email:  rhabush@habush.com
Jason Knutson, State Bar No. 1035801
Email:  jknutson@habush.com
150 East Gilman St., Suite 2000
Madison, WI 53703
Telephone:  608-255-6663
Facsimile:  608-255-0745

Attorneys for Defendant

By: *s/ Noah A. Finkel*
**SEYFARTH SHAW LLP**
Edward W. Bergmann
Noah A. Finkel
Kyle A. Petersen
Jay C. Carle
James C. Goodfellow, Jr.
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

**BECK, CHAET, BAMBERGER & POLSKY, S.C.**
Christopher J. Johnson
Kate L. Williams
Two Plaza East, Suite 1085
330 E. Kilbourn Avenue
Milwaukee, WI 53202
Phone: (414) 273-4200