IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**ROBERTA FOSBINDER-BITTORF**
individually and on behalf
of all others similarly situated,

               Plaintiff,               Case No:  11-CV-592

    vs.

**SSM HEALTH CARE OF WISCONSIN, INC.**

               Defendant.

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

The Plaintiff, by and through her undersigned counsel, hereby moves the Court for:

(1) An Order preliminarily approving the Settlement Agreement in this case;

(2) An Order granting the parties' Joint Stipulation for Class Certification pursuant to Fed. R. Civ. P. 23;

(3) All other relief as set forth in the Plaintiff's Proposed Order for Preliminary Approval.

For the reasons outlined in the memorandum of law filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties, and respectfully request that the Court grant preliminary approval of the settlement.

1

Respectfully submitted this 19th day of July, 2013.

    Attorneys for Plaintiff

    By: */s/ William E. Parsons*
    **HAWKS QUINDEL, S.C.**
    William E. Parsons, State Bar No. 1048594
    Email: wparsons@hq-law.com
    David C. Zoeller, State Bar No. 1052017
    Email: dzoeller@hq-law.com
    Danielle M. Schroder, State Bar No. 1079870
    Email: dschroder@hq-law.com
    Summer Murshid, State Bar No. 1075404
    Email: smurshid@hq-law.com
    Larry A. Johnson, State Bar No. 1056619
    Email: ljohnson@hq-law.com
    Post Office Box 2155
    Madison, Wisconsin 53701-2155
    Telephone: 608/257-0040
    Facsimile: 608/256-0236

    **HABUSH HABUSH & ROTTIER, S.C.**
    Daniel A. Rottier, State Bar No. 1016998
    Email: rottier@habush.com
    Robert L. Habush, State Bar No. 1008419
    Email: rhabush@habush.com
    Jason Knutson, State Bar No. 1035801
    Email: jknutson@habush.com
    150 East Gilman St., Suite 2000
    Madison, WI 53703
    Telephone: 608-255-6663
    Facsimile: 608-255-0745